

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00609-CV

**OPUS AE GROUP, L.L.C.,**
Appellants

v.

**AKF GROUP, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-10826
Honorable Aaron Haas, Judge Presiding

PER CURIAM

Sitting: Irene Rios, Justice
   Beth Watkins, Justice
   Liza A. Rodriguez, Justice

Delivered and Filed: September 8, 2021

DISMISSED FOR LACK OF JURISDICTION

The parties have filed a joint motion to dispose of this appeal, apportion costs, and accelerate the issuance of the mandate. In their joint motion, the parties acknowledge that we lack jurisdiction over this appeal, but they also state they have reached an agreement to settle the disputes between them. The parties ask us to dismiss this appeal for lack of jurisdiction and remand the case to the trial court for entry of a judgment in conformity with their settlement agreement. The joint motion is granted. This appeal is dismissed for lack of jurisdiction, and the case is remanded to the trial court for entry of a judgment in conformity with the parties' settlement

agreement. *See* TEX. R. APP. P. 42.1(a); *see also Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (recognizing "the power inherent in this court to dismiss [an] appeal in accordance with the parties' intentions."). In accordance with the parties' agreement, each party shall pay its own costs on appeal, and the mandate shall issue immediately. *See* TEX. R. APP. P. 42.1(d), 18.1(c).

PER CURIAM